# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAFT WILSON** | **CIVIL ACTION** |
| **versus** | **NO. 13-452** |
| **STEVE RADER, WARDEN** | **SECTION: "E" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of Taft Wilson for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 29th day of August, 2014.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**